UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                             )<br>             Plaintiff,                       )<br>                                                             )<br>      v.                                              )<br>                                                             )<br>MERIDIAN MOBILE                      )<br>HEALTH L.L.C. d/b/a CAPITAL   )<br>AMBULANCE,                              )<br>                                                             )<br>             Defendant.                    ) | Case No. 1:19-cv-00440-JDL |

## NOTICE OF SETTLEMENT

The United States of America ("Plaintiff") hereby files and provides notice of the full and complete settlement of the instant action pursuant to the terms of the executed Settlement Agreement attached hereto.  Pursuant to the Local Rule 41.1 of this Court, Plaintiff will execute and file the papers necessary to terminate the action as of record within 30 days.

Dated: September 27, 2019                                HALSEY B. FRANK
       Portland, Maine                                          United States Attorney


                                                                            /s/ Andrew K. Lizotte
                                                                            Andrew K. Lizotte
                                                                            Assistant U.S. Attorney
                                                                            100 Middle Street
                                                                            East Tower, 6th Floor
                                                                            Portland, Maine 04101
                                                                            (207) 771-3246
                                                                            Andrew.Lizotte@usdoj.gov

1

## CERTIFICATE OF SERVICE

      I certify that on September 27, 2019, I caused a copy of the foregoing to be filed with the Court, which will cause service to be made upon all counsel of record in the case.

      Respectfully submitted,

      HALSEY B. FRANK
      United States Attorney

      /s/ Andrew K. Lizotte
      Andrew K. Lizotte
      Assistant U.S. Attorney
      100 Middle Street
      East Tower, 6th Floor
      Portland, Maine 04101
      (207) 771-3246
      Andrew.Lizotte@usdoj.gov